**Haywood Allen CANNON, Plaintiff–Appellant,**

v.

**Lewis H. SWINDELL, IV, Individually and as a member of the law firm known as Everette and Hite, LLP; Kimberly A. Swank, Authorized agent for Everette and Hite, LLP; Hyman J. Brody, Individually and in his official capacity as authorized agent for the entity known as Birdneck Point, LLC, Defendants–Appellees.**

No. 04–1450.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 21, 2004.

Haywood Allen Cannon, Appellant pro se.

Lewis H. Swindell, IV, Appellee pro se.

Lewis Holmes Swindell, IV, Everett, Warren, Harper & Swindell, Greenville, North Carolina, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**306**

PER CURIAM:

Haywood A. Cannon appeals the district court's orders dismissing his civil rights action, denying his motion for reconsideration, and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cannon v. Swindell,* No. CA–03–204–7–F (E.D.N.C. Feb. 2 & Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*